# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-0915
LT Case No. 2021-CF-000378-A

_____

KAYLIN MARIE HEVIA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Melissa D. Souto, Judge.

Matthew J. Metz, Public Defender, and Natalie R. Gossett, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

February 16, 2024

PER CURIAM.

    Kaylin Hevia appeals from the trial court's order finding her in violation of her probation and sentencing her to a term of 120 days in jail with credit for 30 days. On review of the record, we reject Appellant's argument that the trial court prejudged the matter, as well as Appellant's argument that the trial court erred

in its finding of a violation. However, although the trial court issued a ruling from the bench finding that Appellant had violated her probation and stating the conditions that had been violated, the trial court failed to enter an order that set forth in writing the conditions that were found to have been violated and whether those violations were willful and substantial. Because the trial court's findings are supported by competent, substantial evidence and, if reduced to writing, would be adequate to sustain the trial court's finding of a willful and substantial violation of probation, we affirm but remand the matter for entry of a proper order. *See* Fla. R. App. P. 9.020(h); *see also Perez v. State*, 958 So. 2d 1076 (Fla. 5th DCA 2007); *Barta v. State*, 678 So. 2d 923 (Fla. 5th DCA 1996).

AFFIRMED; REMANDED for Entry of a Proper Order.

EDWARDS, C.J., and WALLIS and PRATT, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————